USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 2 1 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Michael J. Murgio,

                Defendant.

15-cr-769 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      An arraignment and initial scheduling conference for Defendant Michael J. Murgio is hereby scheduled for **Tuesday, April 26, 2016, at 11:30 a.m.** in **Courtroom 906** of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at **40 Foley Square**, New York, New York.

      Counsel are expected to put in a notice of appearance via ECF prior to the arraignment and scheduling conference. Counsel should also familiarize themselves with the undersigned's Individual Practices in Criminal Cases, available at http://www.nysd.uscourts.gov/judge/Nathan. Per Rule 2.B. of the undersigned's Individual Practices in Criminal Cases, communications with the Court shall be submitted by letter filed on ECF unless there is a request to seal the communication, in which case it shall be submitted by email as described in Rule 2.B.

      SO ORDERED.

Dated: April 21, 2016
       New York, New York

                                        ALISON J. NATHAN
                                      United States District Judge

1