

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 12, 2016

**By ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    **United States** v. **Anthony Murgio** *et al.*,
             15 Cr. 769 (AJN)

Dear Judge Nathan:

      The Government respectfully submits this letter to request that a plea hearing be set for Jose M. Freundt in this matter. The parties are prepared to go forward with the hearing tomorrow afternoon at 2:00 PM, a time that chambers has indicated the Court is available.

      Accordingly, the Government respectfully requests that the Court set a plea hearing for October 13, 2016 at 2:00 PM, for Mr. Freundt.

                                         Respectfully submitted,

                                         PREET BHARARA
                                         United States Attorney

                       By:              /s/
                                         Eun Young Choi
                                         Daniel S. Noble
                                         Won S. Shin
                                         Assistant United States Attorneys
                                         Southern District of New York
                                         (212) 637-2187/2239/(914) 993-1953

Cc:     All Defense Counsel (via ECF)