UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Anthony Murgio, et al.,

Defendant.

15-cr-769 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court conducted a conference in the above-referenced matter on October 11, 2016. This order memorializes the Court's orders issued at the conference:

1. The trial, previously scheduled to commence on October 31, 2016, is continued. Trial is now scheduled to commence on February 6, 2017.

2. The conference in this matter scheduled for October 14, 2016, is hereby cancelled.

3. The parties are reminded that the Court has scheduled a conference to address various motions for October 24, 2016, at 2:00 p.m.

SO ORDERED.

Dated: October 14, 2016
New York, New York

ALISON J. NATHAN
United States District Judge

1