

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 25, 2016

**By ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>United States</u> v. <u>Michael Murgio</u>,
              15 Cr. 769 (AJN)

Dear Judge Nathan:

      The Government respectfully submits this letter to request that a change of plea hearing be scheduled for defendant Michael Murgio. The parties are prepared to appear on Thursday, October 27, at 2:00 PM, a time that Chambers has indicated the Court is available.

      Because Mr. Murgio is traveling from Florida, the parties further respectfully request that, in anticipation of the entry of a guilty plea, the Court request that the United States Probation Office interview Mr. Murgio on the day of his plea.

                                                  Respectfully submitted,

                                                  PREET BHARARA
                                                  United States Attorney

                             By:              _____/s/_____
                                                  Eun Young Choi
                                                  Daniel S. Noble
                                                  Won S. Shin
                                                  Assistant United States Attorneys
                                                  Southern District of New York
                                                  (212) 637-2187/2239/2226

Cc:    Stuart Kaplan, Esq. (by ECF)
          Joseph Sconzo, Esq. (by ECF)
               *Attorneys for Michael Murgio*