

# BAKER MARQUART LLP
## ATTORNEYS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: Jan 6, 2017



WRITER'S DIRECT DIAL NO.
**(424) 652-7814**

WRITER'S INTERNET ADDRESS
**bklein@bakermarquart.com**

January 6, 2017

<u>By ECF</u>

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The Court hereby approves
> Mr. Klein's travel request.
> SO ORDERED.

Re:     <u>United States v. Anthony Murgio</u>
         CR 15-769-AJN

Dear Judge Nathan:

In connection with my client Anthony Murgio's requested change of plea hearing, I am submitting an application through the CJA system for travel. I respectfully request that the Court approve my request to travel to the proposed January 9, 2017 hearing, so I can make all the necessary arrangements.

I thank the Court for its consideration of this request.

Respectfully submitted,

Brian E. Klein
Attorney for Anthony Murgio

SO ORDERED:

1/6/17

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

2029 Century Park East, Sixteenth Floor • Los Angeles, California 90067 • TEL 424 652 7800 • FAX 424 652 7850
www.bakermarquart.com