UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA           :
                                   :    WAIVER OF INDICTMENT
            -v.-                   :
                                   :    S7 15 Cr. 769 (AJN)
RICARDO HILL,                      :
    a/k/a "Rico,"                  :
                                   :
            Defendant.             :
                                   :
- - - - - - - - - - - - - - - - - - - x

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 215, 371, 1343, 1344, 1349, 1960 & 2, being advised of the nature of the charges against him and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:    New York, New York
         January 17, 2017

1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  JAN 17 2017
```