UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan. 25, 2017
```

United States of America,

-v-

15-cr-769 (AJN)

ORDER

Michael Murgio,

Defendant.

ALISON J. NATHAN, District Judge:

A sentencing for Michael Murgio is scheduled for Friday, January 27, 2017, at 12:00 p.m. The Government's submission was due three days prior to sentencing, or on Tuesday, January 24, 2017. As of the date of this order, the Court has not yet received that submission. The Government is ordered to submit any sentencing memorandum to the Court by the end of day today (January 25, 2017).

SO ORDERED

Dated: January 25, 2017
       New York, New York

_____
ALISON J. NATHAN
United States District Judge