UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-v-

Trevon Gross,

Defendant.

15-cr-769 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On January 26, 2017, the Court received a letter from Trevon Gross, opposing, in part, the Government's motion to admit the Letter of Understanding for its truth. Dkt. No. 359. The Court orders the Government to file a response to this letter on or before January 30, 2017.

SO ORDERED

Dated: January 27, 2017
New York, New York

_____
ALISON J. NATHAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: Jan 27, 2017