LAW OFFICES
# KAPLAN SCONZO & PARKER, P.A.
A PROFESSIONAL ASSOCIATION

PGA FINANCIAL PLAZA
3399 PGA BOULEVARD
SUITE 150
PALM BEACH GARDENS, FL 33410
TELEPHONE (561) 296-7900
FACSIMILE (561) 296-7919
WEB PAGE: WWW.KSPLAW.COM

ORLANDO OFFICE
2014 EDGEWATER DRIVE
SUITE 128
ORLANDO, FL 32804
TELEPHONE (407) 218-4487

PLEASE REPLY TO:
PALM BEACH GARDENS

STUART N. KAPLAN*†
JOSEPH G. SCONZO†
ELIZABETH L. PARKER†
JOSEPH R. FIELDS, JR.†
GREGORY S. SCONZO
JENNIFER RAYBON**
ADMITTED FL & NY*
CERTIFIED MEDIATOR**
PARTNER†

SOLOMON H. KAPLAN
1930-2013

JO-ELL WISE
PARALEGAL

SUSAN RING
PARALEGAL

February 8, 2017

**Via CM/ECF**
Honorable Alison Nathan
United States District Court
Southern District of New York
40 Foley Square Room 2102
New York, New York 10007

        RE:    United States v. Michael Murgio
                 Case No.: S3 15 CR. 769 (AJN)

Dear Judge Nathan:

        On January 27, 2017, Defendant was sentenced to a term of one (1) year probation with a monetary fine of $12,000.00, a $100.00 special assessment, and 200 hours of Community Service.

        At Defendant's Initial Appearance before the Honorable James Hopkins in the Southern District of Florida, MICHAEL J. MURGIO was directed to surrender his passport to Pre-Trial Services. Defendant complied with all conditions set forth by Pre-Trial Services in the Southern District of Florida and was in attendance at all of the required proceedings before Your Honor in the Southern District of New York.

        In following with the conditions of sentencing, upon return to the Southern District of Florida, MICHAEL J. MURGIO immediately reported to US Probation. Mr. MURGIO was advised that in order to stop the process whereby after 90 days of imposition of a sentence a US Passport is returned to the issuing agency, Mr. MURGIO should petition the Sentencing Judge for his passport to be returned to him immediately.

        The undersigned counsel has conferred with AUSA Daniel Noble concerning this letter and AUSA Noble does not object to the return of passport to Mr. MURGIO.

*Letter to Judge Nathan*
*February 8, 2017*
*Page 2*

      Accordingly, the Defendant, MICHAEL J. MURGIO, respectfully requests this Court to enter an Order Granting the Return of Passport to Defendant.

      I thank the Court for its consideration in this matter.

                         Respectfully Submitted

                         Joseph G. Sconzo

JGS/jw