UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

UNITED STATES OF AMERICA,

                               15 cr. 769 (AJN)

    v.

                               **ORDER**

TREVON GROSS,
        Defendant.
-----------------------------------------------------X

ALISON NATHAN, District Court:

As set forth in the Defendant's April 3, 2017 letter it is hereby:

    ORDERED that ATTORNEY MARLON G. KIRTON is appointed, pursuant to the Criminal Justice Act, NUNC PRO TUNC, from February 13, 2017 to February 14, 2017 to represent DEFENDANT TREVON GROSS as Curcio Counsel.

    SO ORDERED

Dated: New York, New York

April 4 2017

                                                _____
                                                ALISON NATHAN
                                                UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 0 4 2017