

60 PARK PLACE, SUITE 1100, NEWARK, NJ 07102 973-424-9777 WWW.KROVATIN.COM
GERALD KROVATIN
HENRY E. KLINGEMAN**
HELEN A. NAU*
ERNESTO CERIMELE*
KRISTEN M. SANTILLO*

ALSO ADMITTED IN HI AND PA**
ALSO ADMITTED IN NY*

April 5, 2017

Honorable Alison J. Nathan
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

           Re:      *United States v. Yuri Lebedev and Trevon Gross*, 15-cr-769 (AJN)

Dear Judge Nathan:

       We write on behalf of Defendants Trevon Gross and Yuri Lebedev to seek a one-week extension of time to file memoranda in support of our post-trial motions. This request is made due to scheduling demands on other matters. The memoranda are currently due on April 7, 2017, *see* Dkt. No. 457, and we seek an extension until April 14, 2017. The government has no objection to this request, and seeks an additional week to file an opposition. Defendants do not object to this request. This would make the government's opposition due on May 12, 2017, with the defense replies due on May 26, 2017.

       We are happy to answer any of the Court's questions or address any concerns. Thank you for your attention to this matter.

                 /s/ Eric M. Creizman         /s/ Kristen M. Santillo

                 _____    _____
                 Eric M. Creizman          Kristen M. Santillo
                 Creizman PLLC            Krovatin Klingeman LLC
                 *Attorney for Yuri Lebedev*    *Attorney for Trevon Gross*