```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

            v.                        15 Cr. 769 (AJN)

YURI LEBEDEV and TREVON GROSS,

               Defendants.            Jury Trial

------------------------------x

                                      New York, N.Y.
                                      March 16, 2017
                                      3:53 p.m.


Before:

                  HON. ALISON J. NATHAN,

                                      District Judge
                                      And A Jury

                        APPEARANCES

PREET BHARARA
     United States Attorney for the
     Southern District of New York
BY:  EUN YOUNG CHOI
     WON S. SHIN
     Assistant United States Attorneys
     MICHAEL CHANG-FRIEDEN, Paralegal
     EMILY GRANT, Paralegal

CREIZMAN, PLLC
     Attorneys for Defendant Yuri Lebedev
BY:  ERIC M. CREIZMAN
     MELISSA MADRIGAL
     JONATHAN MICHAELSON, Paralegal

KROVATIN KLINGEMAN, LLC
     Attorneys for Defendant Trevon Gross
BY:  KRISTEN M. SANTILLO
BY:  HENRY E. KLINGEMAN
```

1           THE COURT:  We have a note from the jury that reads,
2   "We would like to request the entire testimony of the following
3   witnesses:  Number 1, Christian Wilson; number 2, Erica
4   Michelle Heinrich; number 3, Kimberly Hett.  Thank you.  Juror
5   number 2 on behalf of jury."
6           MS. CHOI:  I think we have those prepared if defense
7   counsel wants to take a look at them.  Those are witnesses that
8   concern the bank and wire fraud charges and not the charges
9   against Mr. Gross.
10          THE COURT:  Are you sending them to defense counsel?
11          MS. CHOI:  I think they already have them.  I don't
12  know if they're looking at them right now.
13          MR. CREIZMAN:  I'm looking at them right now.
14          THE COURT:  Were there redactions in them?
15          MS. CHOI:  Yes, your Honor.  We went ahead and made
16  proposed redactions.  If they're okay with it, we can redact
17  it, send it to your Honor's chambers, and you can print them
18  here, I think.
19          THE COURT:  We'll mark this as Court Exhibit 7.
20          (Pause)
21          THE COURT:  Just to note an anomaly.  On the envelope
22  that this came in, the foreperson, I presume, wrote the date
23  March 16, 2017 and wrote the time at 4:40 p.m., which is in the
24  future.
25          MS. CHOI:  Daylight savings.

1           THE COURT:  The time now is just about 4:00, and I
2    think we got this ten minutes ago, 15 minutes ago.
3           MS. CHOI:  Your Honor, just for our own planning
4    purposes, I don't know how you left it with the jury in terms
5    of when they wanted to be dismissed.  Were they supposed to
6    send you a note at any time?
7           THE COURT:  I haven't seen them today, so what I said
8    at the end of the day yesterday was that today would be the
9    same procedure as yesterday.  I think implicit in that is
10   they'll let me know when they want to go.
11          MS. CHOI:  Okay.  Sounds good.
12          THE COURT:  Yes.
13          (Pause)
14          THE COURT:  If you've completed some of them we can
15   send them and start printing.  They're not long?
16          MS. CHOI:  Yes, I think they're all very short.  I put
17   them on in a row, less than half a day, I think.
18          THE COURT:  Do we have agreement as to what's going
19   back to the jury?
20          MR. CREIZMAN:  Yes, we do.  Your Honor, with respect
21   to the redactions, for Lebedev, we have no problems, no issues
22   with the government's redactions.  The only issue is that on
23   pages 3060 to 3062 of the transcript, which begins the cross of
24   Mr. Wilson, it incorrectly says "Fry - cross", and so I don't
25   know exactly how that's being dealt with, but I am assuming

1  that that's being either redacted or changed.
2          MR. SHIN:  We're just proposing to redact out that
3  incorrect heading on those pages.
4          THE COURT:  All right.  In total there is agreement?
5          MR. SHIN:  Yes.
6          MR. KLINGEMAN:  Yes.
7          THE COURT:  Mr. Klingeman, as well.  All right.  The
8  government's off printing it now?
9          MR. SHIN:  Yes.
10         THE COURT:  We'll try at the same time, and whoever
11 gets it done first, if we have agreement as to what's going
12 back then I'm comfortable, as soon as it's printed either on
13 this printer or back from the government, if everybody knows
14 what's being printed, as long as that's what's handed to
15 Ms. Nuñez, she'll give it to the CSO and it'll go back without
16 further need for court appearance.
17         MS. CHOI:  Understood.  We'll stay here until it's
18 given back, unless there's further direction from the Court.
19         THE COURT:  We have two of the three printed.  Can you
20 send the third and we can get those?
21         MS. CHOI:  Ms. Nuñez should have just received the
22 third.
23         THE COURT:  I have Heinrich pages 3103 through 3115, I
24 have Hett, 3116 through 3126, then the last is Wilson, pages
25 3038 through 3096 with the agreed-upon redactions.  With

1  everybody's agreement, these will go to the jury through the
2  CSO now, and I'll step down and wait to hear from the jury.
3           As I say, I presume we'll hear from them regarding
4  dismissal time, so we'll wait to hear from them.  Thank you.
5           (Recess)
6           THE COURT:  The note from the jury says "We would like
7  to request to be dismissed at 5:00 p.m. today as our
8  deliberations will continue into tomorrow, March 17th."
9           We'll mark that as Court Exhibit 8, and I'll be back
10 in a few minutes.
11          (Recess)
12          THE COURT:  Anything to take up before I dismiss the
13 jury?
14          MR. KLINGEMAN:  No, thank you.
15          MR. SHIN:  No, your Honor.
16          THE COURT:  All right.  Bring in the jury.
17          (Jury present)
18          THE COURT:  Hello, members of the jury.  I haven't
19 seen you yet today, so good afternoon to you.
20          I did receive your note a short while ago indicating
21 that you'd like to be dismissed at 5:00 today to continue your
22 deliberations tomorrow, so we will do that, of course bearing
23 my instructions in mind.
24          Same procedure for tomorrow as for today.  Please be
25 here and ready to go by 9:30, and once all 12 of you are in the

1     room, you may begin our deliberations and we will wait to hear
2     from you.
3                Thank you so much.  Have a good night.  See you
4     tomorrow.
5                (Jury not present)
6                THE COURT:  Matters to take up?
7                MR. KLINGEMAN:  No, your Honor.
8                THE COURT:  All right.  See everyone tomorrow.  Have a
9     good night.
10               MR. CREIZMAN:  Your Honor, I think there's a question
11    from the group as to what time to arrive tomorrow.  If I have
12    to again, I'm happy to arrive at 8:30, just like I did this
13    morning.
14               THE COURT:  I think as long as you're here by 9:30,
15    famous last words.
16               MS. CHOI:  I presume, your Honor, if there's anything
17    that changes with regard to illness or otherwise, we'll get a
18    note from Ms. Nuñez?
19               THE COURT:  Yes.  If you're here and ready to go by
20    9:30, I think that will be fine.  Thank you.
21               (Adjourned to March 17, 2017 at 9:30 a.m.)
22
23
24
25