

60 PARK PLACE, SUITE 1100, NEWARK, NJ 07102 973-424-9777 WWW.KROVATIN.COM
GERALD KROVATIN
HENRY E. KLINGEMAN**
HELEN A. NAU*
ERNESTO CERIMELE*
KRISTEN M. SANTILLO*

ALSO ADMITTED IN HI AND PA**
ALSO ADMITTED IN NY*

April 14, 2017

Honorable Alison J. Nathan
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Yuri Lebedev and Trevon Gross*, 15-cr-769 (AJN)

Dear Judge Nathan:

    On February 22, 2017, in the midst of Trevon Gross's trial, defense counsel sent an email to the Court, copying all counsel, with a request to preclude certain evidence about Kapcharge processing ACH transactions for payday lenders. The Court considered the motion on February 22, 2017 and requested that a letter be filed for the record to document the objection. While this letter was inadvertently not filed at the time, we submit the letter now to complete the trial record. The email request, along with copies of the articles referenced in the email, is attached hereto as Exhibit A.

    Respectfully submitted,

    /s/ Kristen M. Santillo

    KRISTEN M. SANTILLO