

# Krovatin Klingeman LLC
### ATTORNEYS AT LAW

---

60 PARK PLACE, SUITE 1100, NEWARK, NJ 07102   973-424-9777   WWW.KROVATIN.COM

GERALD KROVATIN
HENRY E. KLINGEMAN**
HELEN A. NAU*
ERNESTO CERIMELE*
KRISTEN M. SANTILLO*

ALSO ADMITTED IN HI AND PA**
ALSO ADMITTED IN NY*

April 13, 2017

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: Apr 14, 2017

Honorable Alison J. Nathan
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Trevon Gross*, 15-cr-769 (AJN)

Dear Judge Nathan:

We represent Defendant Trevon Gross in the above-captioned matter. On March 3, 2016, Mr. Gross was released under pretrial supervision, and his travel is currently restricted to the Southern and Eastern Districts of New York and the Eastern District of Pennsylvania. Mr. Gross seeks to modify the conditions of his release to permit him to travel on April 19-23 to Houston Texas to attend a conference with his wife. She is a participant in the conference and he would be assisting her. Pretrial services and the government have no objection to this request. We are happy to answer any of the Court's questions or address any concerns.

So ordered.

Thank you for your attention to this matter.

Respectfully submitted,

/s/Kristen Santillo
ksantillo@krovatin.com

cc:   AUSA Daniel Noble
      AUSA Eun Young Choi
      AUSA Won Shin
      Officer Bernisa Mejia, Pretrial Services

SO ORDERED:   4/14/17

ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE