



60 PARK PLACE, SUITE 1100, NEWARK, NJ 07102 973-424-9777 WWW.KROVATIN.COM
GERALD KROVATIN
HENRY E. KLINGEMAN**
HELEN A. NAU*
ERNESTO CERIMELE*
KRISTEN M. SANTILLO*

ALSO ADMITTED IN HI AND PA**
ALSO ADMITTED IN NY*

April 14, 2017

Honorable Alison J. Nathan
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *United States v. Yuri Lebedev and Trevon Gross*, 15-cr-769 (AJN)

Dear Judge Nathan:

    I write on behalf of Defendant Trevon Gross to seek an additional one-week extension of time to file a memorandum in support of Mr. Gross's post-trial motions, which would make the memorandum due on April 21, 2017. The Court previously granted counsel for Mr. Gross and Mr. Lebedev a one-week extension due to scheduling demands on other matters. Since then, I have been working diligently on the post-trial motions, but seek additional time to complete my review of the lengthy trial transcripts and the numerous legal issues that were raised during trial. Counsel for Mr. Lebedev also seeks a one-week extension. The one week extension is also requested due to the Easter and Passover holidays. This will be the last extension defendants will seek. The government consents, but notes that this is the last extension to which it will consent. I am happy to answer any of the Court's questions or address any concerns.

                        Respectfully submitted,

                        /s/ Kristen M. Santillo

                        KRISTEN M. SANTILLO

SO ORDERED: 4/14/17

[signature]
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

*SO ORDERED* (handwritten annotations in margin, dated 4/14/17)