```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   15 CR 769 - 003
     -against-                      :
                                    :   ORDER
                                    :
Trevon Gross                        :
                                    :
        Defendant                   :
                                    :
------------------------------------X
```

Alison J. Nathan, United States District Judge:

ORDERED that the defendant's conditions of release be modified from internet reporting to Pretrial Services supervision as directed.

Dated: New York, New York
       April 14, 2017

SO ORDERED

_____
Alison J. Nathan
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 14, 2017