# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

LUCAS ANDERSON

Tel: (212) 571-5500
Fax: (212) 571-5507

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: Apr 21, 2017

April 20, 2017

**BY ECF**

Hon. Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> The requested modification is granted, provided that Mr. Murgio provides Ms. Frost an itinerary for his trip. SO ORDERED.

Re:  United States v. Anthony Murgio
     15 Cr. 769 (AJN)

Dear Judge Nathan:

Brian Klein and I represent Anthony Murgio in the above referenced matter. This letter is written seeking a modification of the conditions of bail to permit our client to travel to Tallahassee, Florida for a business matter relating to his former ownership in a restaurant in that city. Specifically, Mr. Murgio plans to travel on April 23, 2017 and return to Tampa on April 27. Pre-trial Services Officer Karen Frost has no objection so long as Mr. Murgio provides an itinerary. The government has no objection. Mr. Murgio intends to stay at the Residence Inn, 600 West Gaines Street, Tallahassee, Florida 32304 while outside of Tampa.

Thank you for your attention to this matter.

Sincerely,

Robert A. Soloway

cc: AUSA Eun Young Choi
    (by email and ECF)
RAS:sc

SO ORDERED: 4/21/17

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE