UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-v-

Yuri Lebedev, Trevon Gross,

                Defendants.

15-cr-769 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of three extension requests from counsel for Defendants Lebedev and Gross. First, Gross moves for an extension of time to file a reply in support of his Rule 29 and Rule 33 motions, to July 7, 2017. That request is GRANTED. Second and third, both Gross and Lebedev request extensions of their sentencing dates to September, 2017. The Court hereby adjourns the sentencing of Mr. Lebedev to September 1, 2017, at 10:00 a.m., and the sentencing of Mr. Gross to September 1, 2017, at 12:00 p.m.

    The Court further advises that no party in this case should seek any additional extensions or adjournments absent exceptional circumstances.

    SO ORDERED.

Dated: June 13, 2017
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 14 2017

1