UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-v-

Yuri Lebedev, Trevon Gross,

                Defendants.

15-cr-769 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On June 19, 2017, the Court received a request from Probation that the final disclosure date for the Presenting Reports for Defendants Yuri Lebedev and Trevon Gross be extended to August 11, 2017. The Court hereby grants this request.

Dated: June 19, 2017
New York, New York

_____
ALISON J. NATHAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 9 2017