> The Court will not hold oral argument, but the Government shall file a response to this motion in writing on or before June 26, 2017, at 9:00 a.m. SO ORDERED.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

UNITED STATES OF AMERICA

-v-

YURI LEBEDEV and
TREVON GROSS

Defendants.

------------------------------------ x

Docket No.: 15-CR-769 (S-3) (AJN)

NOTICE OF MOTION

SO ORDERED: 6/23/17

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law, dated June 23, 2016, Yuri Lebedev will move this Court before the Honorable Alison J. Nathan, at the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007, on a date and time to be determined by the Court, for an order: (i) accurately calculating the "loss" attributable to the bank and wire fraud scheme charged in the Superseding Indictment S-6 for the purposes of U.S.S.G. §2B.1(b)(1) as zero; (ii) finding that the multiple victim enhancement does not apply to the bank and wire fraud conspiracy under U.S.S.G. §2B1.1(b)(2)(A)(i).

Mr. Lebedev respectfully requests the opportunity to be heard at or before the sentencing of Anthony Murgio on June 27, 2017 because these two calculations that the Court must determine independently under the Guidelines may also apply to the sentencing of Yuri Lebedev.

June 23, 2016
New York, New York

/S/ Eric M. Creizman
Eric M. Creizman (EC 7684)
CREIZMAN PLLC
565 Fifth Avenue, Fl. 7
New York, New York 10017
Tel.: (212) 972-0200
Fax: (646) 200-5022
Email: ecreiz@creizmanllc.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 23, 2017