

60 PARK PLACE, SUITE 1100, NEWARK, NJ 07102 973-424-9777 WWW.KROVATIN.COM
GERALD KROVATIN
HENRY E. KLINGEMAN**
HELEN A. NAU*
ERNESTO CERIMELE*
KRISTEN M. SANTILLO*


ALSO ADMITTED IN HI AND PA**
ALSO ADMITTED IN NY*

June 27, 2017

Honorable Alison J. Nathan
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re: *United States v. Yuri Lebedev and Trevon Gross*, 15-cr-769 (AJN)

Dear Judge Nathan:

   On June 26, 2017, the government filed a Victim Impact Statement from the National Credit Union Administration ("NCUA") seeking restitution in connection with Anthony Murgio's sentencing scheduled for 10:00 a.m. on June 27, 2017. The government also informed counsel for Trevon Gross and Yuri Lebedev at 5:50 p.m. on June 26, 2017 that it intends to file a similar Victim Impact Statement for Mr. Gross and Mr. Lebedev, seeking restitution jointly and severally among the co-defendants. This is the first notice the government has given of its intent to seek restitution and its rationale for doing so. Mr. Gross has objections to the restitution the government seeks and its rationale, and seeks an opportunity to file an objection and be heard before any order is entered imposing restitution jointly and severally against Mr. Gross.

   Thank you for your consideration.

        Respectfully submitted,

        /s/ Kristen M. Santillo

        KRISTEN M. SANTILLO