Anthony Murgio
915 north franklin, #16
Tampa Fl 33602
Amurginc@gmail.com
Date: 8-25-23

Attention: Part 1 Judge
Southern District of New York Criminal Division
500 Pearl Street, New York, NY 10007

Re: Motion for Early Termination of Probation
Case No: 15-cr-769

Dear Honorable Judge,

I hope this letter finds you in good health. I am writing pro se to formally request the court's consideration for an early termination of my probation. I was previously under the jurisdiction of Judge Alison J. Nathan, but I understand she is no longer with this court.

I was sentenced to 66 months in prison for charges associated with operating Coin.mx, an internet-based Bitcoin exchange. I was released from the Bureau of Prisons (BOP) on May 6th 2020 and then from home confinement on January 14, 2022. Since my conviction and subsequent release, I have made every effort to rehabilitate and transform myself. I have consistently adhered to the terms of my probation and have been committed to rebuilding my life as a law-abiding citizen.

I am pleased to share that I have been gainfully employed with DeliverLogic.com for a period of 24 months. This employment has been instrumental in my successful reintegration into society, and I have exhibited dedication and professionalism throughout.

Considering my accomplishments and consistent adherence to the conditions of my probation, I respectfully request that the court schedule a hearing to review and consider my motion for early termination of probation. I am prepared to provide any additional documentation, testimonials, or information that the court may require to support this motion.

Thank you for your time and consideration. I am hopeful for a decision that recognizes the progress I have made and the efforts I have put into positive rehabilitation.

Sincerely,

Anthony Murgio